IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Case No: 00-cv-02364-MJW-OES**

WYRICK G. DEANE,

    Plaintiff,

v.

S.Q. CAREY, et al.,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby ORDERED that the Joint Motion to Continue Administrative Closure, which was filed on July 25, 2005 (Docket No. 55), is granted. The administrative closure in this case is continued until December 31, 2005.

Date: November 29, 2005